DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEET INVESTMENTS, LLC** and **EDUARDO PARRA-DAVILA,**
Appellants,

v.

**KEVIN DEASY,**
Appellee.

No. 4D2022-3430

[December 14, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 21000850CAAXMX.

Jan Michael Morris of Law Offices of Jan Michael Morris, P.A., Boca Raton, for appellants.

Scott Konopka and Donna L. Eng of Mrachek Fitzgerald Rose Konopka Thomas & Weiss, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***